**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

Civil Action No. **06 - CV - 0 1 9 8 0** - bn B

(The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.)

OCT 4 - 2006

GREGO... ... C. LANGHAM
CLERK

IVORY GREATHOUSE, JR.,

    Plaintiff,

v.

AMERIQUEST MORTGAGE,
OLYMPUS MORTGAGE, et al., and
CHASE BANK,

    Defendants.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a Motion and Affidavit for Leave to Proceed Pursuant to

28 U.S.C. § 1915, a Motion to Deny Telephonic Testimony, a Motion to Stop All

Foreclosure Proceedings, and a Complaint.  As part of the court's review pursuant to

D.C.COLO.LCivR 8.1, the court has determined that the submitted documents are

deficient as described in this order.  Notwithstanding the deficiencies, the clerk of the

court will be directed to commence a civil action.  Plaintiff will be directed to cure the

following if he wishes to pursue his claims.  Any papers which the Plaintiff files in

response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**
(1) ___ is not submitted
(2) ___ is not on proper form (must use the court's current form)
(3) ___ is missing original signature by Plaintiff

Dockets.Justia.com

(4)  ___  is missing affidavit
(5)  ___  affidavit is incomplete
(6)  ___  affidavit is not notarized or is not properly notarized
(7)  ___  names in caption do not match names in caption of complaint, petition or application
(8)  ___  An original and a copy have not been received by the court. Only an original has been received.
(9)  ___  other _____

**Complaint or Petition:**
(10)  ___  is not submitted
(11)  ___  is not on proper form (must use the court's current form)
(12)  ___  is missing an original signature by the Plaintiff
(13)  X  is incomplete (<u>Missing pages 3-6.</u>)
(14)  ___  uses et al. instead of listing all parties in caption
(15)  ___  An original and a copy have not been received by the court. Only an original has been received.
(16)  ___  Sufficient copies to serve each defendant/respondent have not been received by the court.
(17)  ___  names in caption do not match names in text
(18)  ___  other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order.** Any papers which the Plaintiff

files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together

with a copy of this order, copies of the following forms: Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated

deficiencies **within thirty (30) days from the date of this order,** the complaint and the

action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this __3ᵈ__ day of __October__ , 2006.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO


**CERTIFICATE OF MAILING**

Civil Action No. **06 - CV - 01980** *BnB*

Ivory Greathouse, Jr.
2984 Birch St.
Denver, CO 80207


I hereby certify that I have mailed a copy of the **ORDER two copies of the Complaint** to the above-named individuals on___*10/4/06*___


GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk